No. 11–5472.  ALMOND v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–5767.  WOODARD v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–5792.  MORGAN v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 11–5819.  TAYLOR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–5847.  FLORER v. CONGREGATION PIDYON SHEVUYIM ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–5939.  RHINE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–6039.  CARVAHLO v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 11–6053.  GILBERT v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–6153.  SWICHKOW v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–6257.  DOUGLAS v. JACQUEZ, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–6291.  BOYCE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–6335.  DANIEL B. v. SUNAPEE SCHOOL DISTRICT.  Sup. Ct. N. H.  Certiorari denied.

